**Order entered December 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01068-CV

---

### MY THREE SONS, LTD., ET AL., Appellants

### V.

### MIDWAY/PARKER MEDICAL CENTER, L.P., ET AL., Appellees

---

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00398-2013**

---

## ORDER

In letters dated December 14, 2015 and December 21, 2015, Karla Kimbrell, Official Court Reporter for the 380th Judicial District Court, requests that the Court withdraw the reporter's record of a hearing held on May 21, 2013 that was filed with this Court on December 4, 2015. Ms. Kimbrell explains that appellant did not request preparation of the reporter's record from that hearing and she submitted it by mistake. Ms. Kimbrell states the correct reporter's record is the one filed on December 18, 2015. We **DENY** the request without prejudice to a party moving to withdraw the reporter's record filed on December 4, 2015.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Kimbrell and all parties.

/s/       ELIZABETH LANG-MIERS
            JUSTICE